**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IRENE ROUNDTREE,

        Plaintiff,

v.                                        Case No.: 3:23-cv-358-WWB-JBT

WERNER ENTERPRISES, INC. and
MARLIN FOSTER,

        Defendants.

_____

## ORDER

The Court has been advised by the Mediation Disposition Report that the above-styled action has been completely settled.  (Doc. 39 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  All pending motions are **DENIED as moot**.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on July 1, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record